IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BETHANY POWERS SLOAN, )
GABRIEL SLOAN b/n/f Richard Powers, )
and RICHARD POWERS )
 )
v. ) NO.: 3:15-0551
 )
COMMUNITY CHRISTIAN DAY )
SCHOOL, LLC )

**O R D E R**

A telephonic case management/status conference was held on January 13, 2016, to address the status of discovery; prospect for settlement (including ADR), and other necessary matters. Counsel participating were: Wesley Clark and Brian Bowhan for Plaintiffs and Emily Mack for Defendant. The case management plan, as provide for in the initial case management order [Docket No. 15], is modified as follows:

1. Written discovery shall be served by no later than **March 31, 2016**. All discovery shall be completed by **June 30, 2016**.

2. Any discovery-related motions shall be filed by no later than **July 15, 2016**. No discovery-related motion may be filed until a discovery conference has been held with the Magistrate Judge. In connection with any discovery conference, and in addition to the requirements of applicable Federal Rules of Civil Procedure and local rules, the parties shall submit a joint statement identifying the specific issues in dispute and the reasons why they cannot be resolved.

3. By no later than **April 15, 2016**, the parties and counsel shall confer to evaluate and discuss the prospect for settlement, including whether any of the Court's ADR procedures might assist in resolution of this action. Plaintiff's counsel shall send a settlement demand letter to Defendant's counsel by no later than **April 8, 2016**.[1] Counsel shall meet in-person for the settlement conference. Parties may participate telephonically, but must be available for the entire duration of the conference. Participation of any corporate party must be by an individual with settlement authority. By no later than **May 31, 2016**, the parties shall file a joint ADR report, updating the Court on the prospect for settlement and whether the parties request referral of this case for ADR. Either party may also file a motion for referral of the case for ADR at any time.

Except as modified herein, all provisions of the initial case management order [Docket No. 15] shall remain in effect.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Of course, a demand letter may be sent at any earlier time.